# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 18 Mag 6842

USAO No. 2018R00300

Date Sept. 1, 2021

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. Kalliope Monkis

The Complaint/Rule 40 Affidavit was filed on Aug 9, 2018

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY

(Print name) Steven Kochevar

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATE 9/1/21

---

Distribution:   White → Court   Yellow → U.S. Marshals   Green → Pretrial Services   Pink → AUSA Copy